**Roy Balazo JALMAANI, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 01–70806.

INS No. A38–982–944.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002.*

Decided July 31, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM**

Roy Balazo Jalmaani, a native and citizen of the Philippines, petitions for review of a Board of Immigration Appeals' ("BIA") decision upholding an immigration judge's ("IJ") denial of his motion to reopen his *in absentia* deportation proceeding. We have jurisdiction under 8 U.S.C. § 1105a(a), *see Garcia v. INS*, 222 F.3d 1208, 1209 (9th Cir.2000), and we deny the petition for review.

We review the denial of a motion to reopen for abuse of discretion. *Urbina–Osejo v. INS*, 124 F.3d 1314, 1316 (9th Cir.1997).

An *in absentia* deportation proceeding may be reopened if "exceptional circumstances" excuse the failure to appear. *See*

8 U.S.C. § 1229a(b)(5). Failure to receive notice of a deportation hearing generally does not constitute exceptional circumstances where the IJ mailed notice to the last address petitioner provided to the immigration court. *See Farhoud v. INS*, 122 F.3d 794, 796 (9th Cir.1997). Further, the BIA properly concluded that the IJ did not give Jalmaani incorrect instructions for filing an address change. Therefore, the BIA did not abuse its discretion.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.